IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR151 |
| | ) | |
| **UNITED FARMERS COOPERATIVE,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant's Motion to Continue Sentencing (Filing No. 16) is granted.

**IT IS ORDERED** that the sentencing hearing is continued to **August 15, 2006, at 10:30 a.m.** before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska..

DATED this 2nd day of August, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge