## UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
        **Plaintiff**

**v.**

**UNITED FARMERS COOPERATIVE**
        **Defendant**

_____

Case Number 8:06cr151-001

USM Number

EDWARD G.  WARIN

Defendant's Attorney

### JUDGMENT IN A CRIMINAL CASE
#### (For Offenses Committed On or After November 1, 1987)

**THE DEFENDANT** pleaded guilty to count I of the Amended Information on May 26, 2006.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|
| 29 USC § 666(e) Violation of OSHA Safety Standards | November 24, 2003 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Following the imposition of sentence, the Court advised the defendant of his right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
August 15, 2006

s/ Thomas D. Thalken
United States Magistrate Judge

August 17, 2006

Defendant: UNITED FARMERS COOPERATIVE                                                          Page 2 of 4
Case Number: 8:06cr151-001

## PROBATION

The defendant is hereby sentenced to probation for a term of **two (2) years**.

## SPECIAL CONDITIONS OF PROBATION

1,      The defendant shall not commit any criminal violations of OSHA regulations during the
        period of probation.

2.      Upon the anniversary of the death of the victim, on November 24, 2003 at 3:30 p.m.,
        during the period of probation, the defendant United Farmers Cooperative, shall cease
        all business activity for a minute of silence in tribute and memory of Troy Childers, to the
        extent such commemoration shall not interfere with the safety of operations.  This
        moment of silence shall apply companywide, and to all sites of the United Farmers
        Cooperative.

Defendant: UNITED FARMERS COOPERATIVE                                                                        Page 3 of 4
Case Number: 8:06cr151-001

## CRIMINAL MONETARY PENALTIES

        The defendant shall pay the following total criminal monetary penalties in accordance
with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|:---:|:---:|:---:|
| $50.00 | $400,000.00 | |

### FINE

A fine in the amount of $400,000.00 is imposed, however, $300,000.00 of the fine is
suspended pending the completion of probation.  Upon successful completion of
probation, the balance of the fine is remitted.  The special assessment of $50.00 and
$100,000.00 of the fine paid immediately.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless
the fine or restitution is paid in full before the fifteenth day after the date of the
judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options in the Schedule
of Payments may be subject to penalties for delinquency and default pursuant to 18
U.S.C. § 3612(g).

### RESTITUTION

No restitution was ordered.

Defendant: UNITED FARMERS COOPERATIVE

Case Number: 8:06cr151-001

Page 4 of 4

## SCHEDULE OF PAYMENTS

**The defendant shall pay $100,000.00 of the fine and the special assessment in the amount of $50.00, immediately**.

The criminal monetary penalty is due in full on the date of the judgment.  The defendant is obligated to pay said sum immediately if he or she has the capacity to do so.  The United States of America may institute civil collection proceedings at any time to satisfy all or any portion of the criminal monetary penalty.

Any payments made on the outstanding criminal monetary penalty shall be applied in the following order of priority: special assessment; restitution; fine; and other penalties.  Unless otherwise specifically ordered, all criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be made to the clerk of the Court. Unless otherwise specifically ordered, interest shall not accrue on the criminal monetary penalty.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall inform the probation officer of any change in his or her economic circumstances affecting the ability to make monthly installments, or increase the monthly payment amount, as ordered by the court.

The defendant is restrained from transferring any real or personal property, unless it is necessary to liquidate and apply the proceeds of such property as full or partial payment of the criminal monetary penalty.

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk